## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DENISE RANTON AND DERRICK RANTON a/k/a DEREK RANTON<br><br>VERSUS<br><br>AEGIS SECURITY INSURANCE COMPANY | CIVIL ACTION NO.<br><br>SECTION<br><br>DISTRICT JUDGE<br><br>MAGISTRATE JUDGE |

## **COMPLAINT FOR DAMAGES**

Plaintiffs, DENISE RANTON and DERRICK RANTON a/k/a DEREK RANTON (hereinafter at times referred to as "THE RANTONS"), through undersigned counsel, respectfully submit this Complaint for Damages against Defendant, AEGIS SECURITY INSURANCE COMPANY (hereinafter at times referred to as "AEGIS"), and make the following allegations of law and fact:

## **PARTIES**

1.

Plaintiff, DENISE RANTON, is a person of the full age of majority, resident of and domiciled in the State of Louisiana.

2.

Plaintiff, DERRICK RANTON a/k/a DEREK RANTON, is a person of the full age of majority, resident of and domiciled in the State of Louisiana.

3.

Made Defendant herein is AEGIS SECURITY INSURANCE COMPANY, a foreign corporation that, upon information and belief, is duly organized, incorporated, and existing under the laws of the State of Pennsylvania, with its principal place of business in Harrisburg, Pennsylvania. AEGIS is authorized to do and doing business in the State of Louisiana as a foreign insurer. AEGIS may be served through its registered agent for service in the State of Louisiana: Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809.

**JURISDICTION AND VENUE**

4.

This Court has diversity subject matter jurisdiction under 28 U.S.C. § 1332 because THE RANTONS and AEGIS are citizens of different states. THE RANTONS are citizens of and domiciled in the State of Louisiana. AEGIS is a citizen of the State of Pennsylvania as a Pennsylvania corporation with its principal place of business in Pennsylvania. Moreover, the amount in controversy exceeds $75,000.00.

5.

This Court has personal jurisdiction over AEGIS because AEGIS maintains minimum contacts in the State of Louisiana and the causes of action at issue arise out of AEGIS' contacts in Louisiana. Moreover, AEGIS is licensed to do and doing business in the State of Louisiana.

6.

Venue properly lies in this Court pursuant to 28 U.S.C. § 1391(b) because the events and circumstances giving rise to the claim(s) stated herein occurred within this district and within the jurisdiction of this Court.

## FACTS

7.

AEGIS insured THE RANTONS' property located at 185 Historic East Street, Garyville, Louisiana 70051, hereinafter referred to as **The Property**.

8.

The insurance contract between AEGIS and THE RANTONS is contained in Policy No. 0117219210, hereinafter referred to as **The Policy**.

9.

THE RANTONS timely paid all premiums required for **The Policy** to be in full force and effect on the day of the loss in question.

10.

**The Policy** was in full force and effect on August 29, 2021.

11.

**The Policy** required AEGIS to pay THE RANTONS the replacement cost of all wind damage caused to **The Property** by Hurricane Ida.

12.

Hurricane Ida and its aftermath caused damage to **The Property**.

13.

Unfortunately, the bad faith handling of their claim has caused THE RANTONS to file this lawsuit to force AEGIS to abide by **The Policy** and Louisiana law.

14.

In August 2021, Hurricane Ida entered the Gulf of Mexico and began to intensify. By landfall on August 29, 2021, Hurricane Ida was designated a Category 4 hurricane after completing a process known as "rapid intensification".

15.

Hurricane Ida was a deadly and destructive Category 4 Atlantic hurricane that became the second-most damaging and intense hurricane on record to make landfall in the State of Louisiana.

16.

Hurricane Ida made landfall with sustained winds of 150 mph, gusts up to 172 mph, and a minimum central pressure of 929 millibars.

17.

Widely known publicly available information, namely well-established ratings relied upon by the National Oceanic and Atmospheric Administration's National Hurricane Center, describe the expected damage from a Category 4 Hurricane.

18.

AEGIS knew well before landfall exactly what type of damage to expect from a storm of this severity:

> Well-built framed homes can sustain severe damage with loss of most of the roof structure and/or some exterior walls. Most trees will be snapped or uprooted and power poles downed. Fallen trees and power poles will isolate residential areas. Power outages will last weeks to possibly months. Most of the area will be uninhabitable for weeks or months. *Saffir-Simpson Hurricane Wind Scale.*

19.

Unfortunately, Hurricane Ida experienced little to no weakening prior to landfall making it the strongest hurricane to affect Southeast Louisiana in recorded history.

20.

Wind damage in the storm's path was catastrophic.

21.

The available data confirmed Hurricane Ida was a catastrophic storm.

22.

AEGIS was very aware before the storm made landfall that the aftermath of a storm like Hurricane Ida is often devastating.

23.

Hurricane Ida caused significant damage to **The Property**, including its structure and contents.

24.

AEGIS was timely notified of the loss.

25.

THE RANTONS retained independent professionals to determine the scope and cost of damages caused by Hurricane Ida.

26.

THE RANTONS submitted proofs of loss totaling $52,561.70.

27.

The proofs of loss submitted by THE RANTONS constituted satisfactory proof of loss sufficient to provide AEGIS with actual knowledge of the scope and extent of the damage to **The Property**.

28.

To date, AEGIS has paid $70.09.

29.

**The Property** suffered damage due to high winds. Much of the damage is/was visible from a simple visual inspection.

30.

Additionally, the professional contractors, adjusters, and/or engineers retained by THE RANTONS determined that the following general and specific areas of **The Property** require repair and/or replacement due to wind damage (this is not represented as an exhaustive and all-inclusive list):

a. Roof;

b. Siding;

c. Walls;

d. Floors;

e. Ceilings;

f. Living room;

g. Dining room;

h. Kitchen;

i. Bathrooms;

j. Closets;

k. Shed; and

l. Fence.

31.

The insurance contract required AEGIS to pay THE RANTONS for Additional Living Expenses (ALE) incurred during the period of evacuation and restoration that they would not have incurred in the absence of a covered loss.

32.

AEGIS arbitrarily and capriciously denied and/or underpaid THE RANTONS' claim.

33.

AEGIS has violated Louisiana law, specifically, LSA-R.S. 22:1892 and LSA-R.S. 22:1973 in the following ways:

a. Failed to initiate loss adjustment in a timely and meaningful manner after receiving notice of loss.

b. Failed to make a written offer to settle within 30 days of receiving satisfactory proof of loss.

c. Failed to make payment within 30 days of receiving satisfactory proof of loss.

d. Failed to make payment within 60 days of receiving satisfactory proof of loss.

e. Misrepresented pertinent facts or insurance policy provisions relating to coverages at issue.

34.

As a result of AEGIS' breach and violation of LSA-R.S. 22:1892 and LSA-R.S. 22:1973, AEGIS is liable to THE RANTONS for:

a. Breach of contract;

b. All past, present, and future special (economic) damages suffered by THE RANTONS as a result of AEGIS' breach;

 c. All past, present, and future general (non-economic) damages suffered by THE RANTONS as a result of AEGIS' breach, including but not limited to, stress, uncertainty, worry, anxiety, depression, financial distress, mental anguish, frustration, pain, disruption of life, and inconvenience;

 d. A penalty of up to two-times the special and general damages suffered by THE RANTONS as a result of the breach;

 e. A penalty of 50% of the amount found to be due at the time of the breach;

 f. Bad faith and/or negligent claims adjusting practices, including but not limited to failing to adequately adjust the property damage and/or Plaintiffs' claim, misrepresentation of the terms of the policies, purposeful and/or negligent under-scoping of damages leading to a failure to pay the relevant claims and/or underpayment of relevant claims, failure to pay timely for covered damages known to the Defendant or damages the Defendant should have known existed at the time of the original adjustment or inspection etc., leading to various general and or special damages;

 g. All cost of repairs and/or replacement of damages to **The Property** due to wind;

 h. Cost of diminution of the value of **The Property**;

 i. Additional Living Expenses;

 j. Court costs;

 k. Additional cost incurred as the result of AEGIS' bad faith conduct;

 l. Prejudgment interest at the highest lawful rate from the date of judgment until payment;

 m. Legal interest;

      n. Attorney fees;

      o. Penalties;

      p. Costs; and

      q. Any and all other legal theories of recovery that become apparent during the discovery process and proven at the trial of this matter.

35.

THE RANTONS request a Trial by Jury.

WHEREFORE, the premises considered, Plaintiffs, DENISE RANTON and DERRICK RANTON, pray that:

I. Defendant, AEGIS SECURITY INSURANCE COMPANY, be served with a copy of this Complaint for Damages and be duly cited to appear and answer same;

II. After due proceedings had, there be judgment herein in favor of Plaintiffs, DENISE RANTON and DERRICK RANTON, and against the Defendant, AEGIS SECURITY INSURANCE COMPANY, for such sums as may be reasonable under the circumstances of this case, together with legal interest thereon from the date of judicial demand, until paid, and all costs of these proceedings; together with penalties and attorneys' fees as provided by law; and

III. Plaintiffs, DENISE RANTON and DERRICK RANTON, be granted all further and different relief as the facts, law, and equity of this case require.

**[ Signature block on next page ]**

Respectfully submitted by:

**BROUSSARD LAW FIRM**
*Attorneys for Plaintiffs*


 */s/ Myles D. Ranier*
**MYLES D. RANIER (30029)**
**C. BARRETT RICE (30034)**
**JENNIFER DAVID KHOURI (37092)**
321 Veterans Memorial Boulevard, Suite 205
Metairie, Louisiana 70005
(504) 264-5559  New Orleans Main
(337) 439-2450  Lake Charles Main
(504) 264-5575  Facsimile
myles@bwtriallawyers.com
barrett@bwtriallawyers.com
jen@bwtriallawyers.com


**PLEASE SERVE:**

AEGIS SECURITY INSURANCE COMPANY
*Through Its Registered Agent for Service:*
LOUISIANA SECRETARY OF STATE
8585 Archives Avenue
Baton Rouge, Louisiana 70809